STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
WILLIE D. SMITH, DEFENDANT-APPELLANT.

Argued October 18, 1977—Decided November 18, 1977.

*Ms. Randall W. Westreich,* Designated Counsel, argued the cause for appellant (*Mr. Stanley C. Van Ness,* Public Defender, attorney).

*Mr. Burrell Ives Humphreys,* Passaic County Prosecutor, argued the cause for respondent (*Mr. Humphreys,* attorney; *Mr. Gary S. Schlyen,* Assistant Prosecutor, of counsel and on the brief).

*Mr. John DeCicco,* Deputy Attorney General, argued the cause for *amicus curiae* Attorney General (*Mr. William F. Hyland,* Attorney General of New Jersey, attorney; *Ms. Marianne Espinosa,* Deputy Attorney General, of counsel and on the brief).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed in the opinion of the Appellate Division, 140 *N. J. Super.* 368.

*For affirmance*—Justices MOUNTAIN, SULLIVAN, PASHMAN, CLIFFORD and SCHREIBER—5.

*For reversal*—None.